ACCEPTED
14-14-00983-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 12:40:11 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00938-CV

## IN THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 12:40:11 PM
CHRISTOPHER A. PRINE
Clerk

**JEFFRAY ALTER, L**

**APPELLANTS**

**VS.**

**BENJAMIN CARMONA AND BEACON SALES ACQUISITIONS, INC.**

**APPELLEES**

On Appeal from the 61st Judicial District Court of
Harris County, Texas
District Court Cause No. 2011-234936

### APPELLANT'S MOTION TO DISMISS

COMES NOW Appellant, Jeffray Alter, in the above-entitled and numbered cause, requests this Court dismiss all claims against Appellees, Benjamin Carmona and Beacon Sales Acquisitions, Inc., with prejudice against re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Appellant, Jeffray Alter prays that this lawsuit be dismissed with prejudice and requests that all costs of Court be borne by the party incurring same.

Respectfully submitted,

RICHARD J. PLEZIA & ASSOCIATES, PC

Richard Plezia
TBN#: 16072800
11200 Westheimer, Suite 620
Houston, Texas 77042

Tele: 713-800-1151
Fax: 281-602-7735
Email: rick@rplezialaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded on this the 23rd day of _____June_____, 2015 by:

Brian G. Cano
CANO & ASSOCIATES
2777 Allen Parkway,. Suite 370
Houston, Texas 77019

☐ Facsimile: 830-542-5616
☒ Efile/Electronic Filing:
   brian.cano@aig.com
☐ Hand Delivery
☐ Regular Mail
☐ Email
☐ Certified Mail, Return Receipt Requested

_____
Rick J. Plezia